

ORDERED in the Southern District of Florida on September 24, 2017.

John K. Olson, Judge
United States Bankruptcy Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

IN RE:

GEORGE FONYAM AND EUNICE FOMBU

CASE NO. 16-14025-JKO
CHAPTER 13

Debtors.

## ORDER GRANTING SECURED CREDITOR, AVAIL HOLDING LLC'S, RENEWED MOTION FOR RELIEF FROM AUTOMATIC STAY

THIS CAUSE having come before the court on September 6, 2017 upon the Renewed Motion for Relief from Automatic Stay filed by Movant, AVAIL HOLDING LLC, and the Court having considered the unopposed motion, and having determined that good cause has been shown, and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1.  The Motion for Relief from Automatic Stay is GRANTED.

2.  The automatic stay is terminated to permit the Movant ("AVAIL HOLDING LLC") to prosecute a lien foreclosure action in state court for all sums due to Movant against the real property, the legal description of which is:

LOT 'H' 104, OF SILVER SHORES, ACCORDING TO THE PLAT THEREOF RECORDED AT PLAT BOOK 163, PAGE 26, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA

a/k/a: 1965 SW 166th Avenue, Hollywood, Florida 33027

3.   The Order Granting Relief from Automatic Stay is entered for the sole purpose of allowing Movant to obtain an *in rem* judgment against the property and permitting Movant any other remedies the Movant may have under applicable non-bankruptcy law provided the Movant shall not seek or obtain an *in personam* judgment against the Debtors.

4.   If the Debtors convert this case to another chapter, then the relief granted herein will survive any such conversion

# # #

Submitted by:
Denise M. Blackwell-Pineda, Esq.
Attorney for Movant
Ritter, Zaretsky, Lieber & Jaime, LLP
2915 Biscayne Boulevard, Suite 300
Miami, Florida 33137
Phone: 305-372-0933
Fax: 305-704-8841
denise@rzllaw.com
Fla. Bar. No. 751421

Denise M. Blackwell-Pineda, Esq. is directed to serve a copy of this Oder upon all interested parties and to file a Certificate of Service with the Court.