UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ FOURTH _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: GEORGE FONYAM          JOINT DEBTOR: EUNICE MOMBOH FOME     CASE NO.: 16-14025-JKO

SS#: xxx-xx- 6708                SS#: xxx-xx-9033

## I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ■ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

A. **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $4,366.66  for months  1  to  19  ;
2. $10,865.18 for months  20  to ____ ;
3. $930.26    for months  21  to  60  ;

B. **DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| Total Fees: | $8525.00 | Total Paid: | $3500.00 | Balance Due: | $5025.00 |
|---|---|---|---|---|---|
| Payable | $236.85 | /month (Months  1  to  19  ) | | | |
| Payable | $525.00 | /month (Months  20 to ____ ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$5,500.00(Atty Fees) + 2,500(MMM) = $8,000.00 + $525.00(mod) = $8,525.00 (-) $3500.00 = $5,025.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

A. **SECURED CLAIMS:**  ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: LANSDOWN MORTGAGE/assigned to avail holdings

   Address: 141 N.E. 3rd Ave.
            12th Fl
            Miami, FL 33132

   Arrearage/ Payoff on Petition Date  61,326.14

   MMM Adequate Protection    $3,227.69    /month (Months  1  to  19  )

Last 4 Digits of Account No.: 6891

Other: _____

☒ Real Property
  ☒ Principal Residence
  ☐ Other Real Property

Check one below for Real Property:
  ☒ Escrow is included in the regular payments
  ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
1965 S.W. 166th Ave., Hollywood, FL 33027

☐ Personal Property/Vehicle

Description of Collateral: 1st Mtg Homestead Property

---

2. Creditor: U.S BANK

Address: 7990 IH-10 W
Ste 200
San Antonio, TX 78230

Last 4 Digits of Account No.: 0560

Other: 2014 Property Taxes

| | | |
|---|---|---|
| Arrearage/ Payoff on Petition Date | 7,747.54 | |
| Payment includes .25% interest | $89.72 | /month (Months 1 to 19 ) |
| Payment includes .25% interest | $4,737.59 | /month (Months 20 to ___ ) |
| Payment includes .25% interest | $32.63 | /month (Months 21 to 60 ) |

☒ Real Property
  ☒ Principal Residence
  ☐ Other Real Property

Check one below for Real Property:
  ☐ Escrow is included in the regular payments
  ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
1965 S.W. 166 Ave., Hollywood, FL 33027

☐ Personal Property/Vehicle

Description of Collateral:

---

3. Creditor: BROWARD COUNTY REVENUE COLLECTION

Address: 115 S. Andrew Ave.
Ste A-100
Ft. Lauderdale, FL 33301

Last 4 Digits of Account No.: 1040

Other: 2015 Property Taxes

| | | |
|---|---|---|
| Arrearage/ Payoff on Petition Date | 10,632.24 | |
| Payment includes 18% interest | $122.12 | /month (Months 1 to 19 ) |
| Payment includes 18% interest | $4,792.94 | /month (Months 20 to ___ ) |
| Payment includes 18% interest | $87.98 | /month (Months 21 to 60 ) |

☒ Real Property
  ☒ Principal Residence
  ☐ Other Real Property

Check one below for Real Property:
  ☐ Escrow is included in the regular payments
  ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
1965 S.W. 166 Ave., Hollywood, FL 33027

☐ Personal Property/Vehicle

Description of Collateral:

---

4. Creditor: INTERNAL REVENUE SERVICE

Address: Post Office Box 7346

Arrearage/ Payoff on Petition Date   20,507.04

|  |  |  |  |
|---|---|---|---|
| Philadelphia, PA 19101 | Payment include 3% interest | $212.69 | /month (Months 1 to 19) |
|  | Payment include 3% interest | $401.61 | /month (Months 20 to 60) |

Last 4 Digits of Account No.: 6708

Other: _____

☐ Real Property
    ☐ Principal Residence
    ☐ Other Real Property

Check one below for Real Property:
    ☐ Escrow is included in the regular payments
    ☐ The debtor(s) will pay    ☐ taxes    ☐ insurance directly

Address of Collateral:

☒ Personal Property/Vehicle

Description of Collateral:

---

**5. Creditor:** JACKSON ARMS

Address: 2421 Hollywood Blvd
Hollywood, FL 33020

| | | | |
|---|---|---|---|
| Arrearage/ Payoff on Petition Date | 7,740.80 | | |
| Payoff (Including 5.25% monthly interest | $115.79 | /month (Months 1 to 19) |
| Payoff (Including 5.25% monthly interest | $135.14 | /month (Months 20 to 60) |

Last 4 Digits of Account No.: 2514

Other: _____

☐ Real Property
    ☐ Principal Residence
    ☐ Other Real Property

Check one below for Real Property:
    ☐ Escrow is included in the regular payments
    ☐ The debtor(s) will pay    ☐ taxes    ☐ insurance directly

Address of Collateral:

☒ Personal Property/Vehicle

Description of Collateral: 2007 Mercedes S550

---

**6. Creditor:** NATIONAL AUTO LENDER

Address: 14645 N.W. 77 Ave.
Ste 20
Miami Lakes, FL 33014

| | | | |
|---|---|---|---|
| Arrearage/ Payoff on Petition Date | 9,885.18 | | |
| Payoff (Including 5.25% monthly interest | $186.59 | /month (Months 1 to 19) |
| Payoff (Including 5.25% monthly interest | $154.64 | /month (Months 20 to 60) |

Last 4 Digits of Account No.: 0670

Other: _____

☐ Real Property
    ☐ Principal Residence
    ☐ Other Real Property

Check one below for Real Property:
    ☐ Escrow is included in the regular payments
    ☐ The debtor(s) will pay    ☐ taxes    ☐ insurance directly

Address of Collateral:

☒ Personal Property/Vehicle

Description of Collateral: 2009 BMW 528i

---

**B. VALUATION OF COLLATERAL:** ☒ NONE

**C. LIEN AVOIDANCE** ☒ NONE

Debtor(s): GEORGE FONYAM, EUNICE MOMBO   Case number: 16-14025-JKO

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
- ■ NONE

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
- ☐ NONE
- ■ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the clebtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | GM FINANCIAL | 3319 | 2013 Acura ilx |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

B. **INTERNAL REVENUE SERVICE:** ■ NONE

C. **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE    D. **OTHER:**

■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

A. Pay   $0.00   /month (Months  1  to  19 )

Pay   $25.23   /month (Months  20  to  60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. **SEPARATELY CLASSIFIED:**   ■ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.
- ■ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE
- ■ Debtor(s) shall provide copies of yearly income tax returns to the Trustee (but not file with the Court) no later than May 15th during the pendency of the Chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase, debtor(s) shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims. [Broward/Palm Beach cases]

VIII. **NON-STANDARD PLAN PROVISIONS** ☐ NONE
- ■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

SECTION II, MONTHLY PLAN PAYMENT: 1. was paid in prior plan beginning April 22, 2016, 2. begins November 22, 2017, & 3. begins December 22, 2017.

All mortgage companies are required to notify the Debtor, the bankruptcy trustee and the Debtor's Attorney of any increase in al regular monthly payments during the life of the Chapter 13 Plan.

JACKSON ARMS & NATIONAL AUTO LENDER - Upon completion of secured portions of the plan payment, lien holder of any automobile will transfer title to debtor.

LANSDOWN MORTGAGE - MMM was denied and will be treated outside the Chapter 13 beginning month 19.

☐ Mortgage Modification Mediation

Debtor(s): GEORGE FONYAM, EUNICE MOMBO    Case number: 16-14025-JKO

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| Georg Fonyam | Debtor | October 23, 2017 | Eunice Momboh Fombu | Joint Debtor | October 23, 2017 |
|---|---|---|---|---|---|
| GEORGE FONYAM | | Date | EUNICE MOMBOH FOMBU | | Date |

/s/ Michael A. Frank     October 23, 2017
Attorney with permission to sign on Debtor(s)' behalf     Date

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**